02-11-168-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00168-CV

 

 


 
 
 Robert Hatfield
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Clifton H. Morris, Jr., Daniel E. Berce, John Clay,
 Ian M. Cumming, A.R. Dike, James H. Greer, Douglas K. Higgins, Kenneth H.
 Jones, Jr., Robert B. Sturges, Justin R. Wheeler, General Motors Holdings,
 LLC, General Motors Company, and Americredit Corp.
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 17th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DELIVERED: 
July 14, 2011









[1]See Tex. R. App. P. 47.4.